KRISS & FEUERSTEIN LLP
Jerold C. Feuerstein, Esq. (JF9829)
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900 – telephone
(212) 661-9397 – facsimile

*Attorneys for SDF81 45 John Street 1 LLC*
*and SDF81 45 John Street 2 LLC*

Hearing Date: April 1, 2015; 10:00 a.m.
Objection Deadline: March 25, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

HS 45 JOHN LLC,

                Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 15-10368-shl

**NOTICE OF MOTION**

Hon. Sean H. Lane
United States Bankruptcy Judge

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Brian Shatz, sworn to on the 6th day of March, 2015, and the Application of SDF81 45 John Street 1 LLC and SDF81 45 John Street 2 LLC, interested parties in this Chapter 11 case, dated March 9, 2015, by and through its attorneys Kriss & Feuerstein LLP, will move this court before the Honorable Sean H. Lane, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004, on the 1st day of April, 2015 at 10:00 a.m., or as soon thereafter as counsel can be heard for an Order pursuant to 11 U.S.C. § 362(d)(1) of the Bankruptcy Code lifting the automatic stay, waiving the 14 day stay imposed by FED. R. BANKR.P. 4001(a)(3) and for such further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the instant application must be made in writing and received in the Bankruptcy Clerk's Office, United States Bankruptcy

1

Court for the Southern District of New York, One Bowling Green, New York, New York 10004

and by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York,

New York 10017, no later than *seven (7) days* prior to the hearing date set forth herein.

Dated: New York, New York
      March 9, 2015

                KRISS & FEUERSTEIN LLP
                *Attorneys for SDF81 45 John Street 1 LLC*
                *and SDF81 45 John Street 2 LLC*

By:   *s/ Jerold C. Feuerstein*
       Jerold C. Feuerstein, Esq. (JF9829)
       360 Lexington Avenue, Suite 1200
       New York, New York 10017
       (212) 661-2900 – telephone
       (212) 661-9397 – facsimile

To:

HS 45 John LLC
*Debtor*
45 John Street
New York, NY 10038

Kevin J. Nash, Esq.
*Attorney for Debtor*
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036

United States Trustee
*U.S. Trustee*
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

45 John Lofts LLC
236 East 57th Street, 13th Floor
New York, NY 10022

Alan Rosenberg
23-04 Jerome Avenue
Bronx, NY 10468

45 John Lofts LLC
1324 46th Street
Brooklyn, NY 11219

Consolidated Edison Company
4 Irving Place, Room 1875-S
Attn: Bankruptcy Group
New York, NY 10003

Eastern Consolidated
355 Lexington Avenue
New York, NY 10017

I Dachs & Son
1245 W. Broadway
P.O. Box 338
Hewlett, NY 11557

Li Lan Wu, Aiyun Chen and Win
c/o Kevin K. Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, NY 11354

Mordy and Pinky Sohn
P.O. Box 541168
Flushing, NY 11354

New York City Department of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Reliable Abstract Co., LLC
266 Broadway, Suite 304
New York, NY 10007

Tu Kang Yang & Wing Fung Chau
86-22 Broadway, 2nd Floor
Elmhurst, NY 11373

Yisroel S. Schwartz, Esq.
Blaivas & Associates, P.C.
1430 Broadway, Suite 1603
New York, NY 10018

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Meridian Capital Inc.
One Battery Park Plaza
New York, NY 10004

NYS Dept. of Taxation
Bankruptcy/Special Procedure
P.O. Box 5300
Albany, NY 12205

Orin Management Corp.
37-04 Parsons Avenue
Flushing, NY 11354

Reliable Abstract Co., LLC
c/o The McShapiro Law Group
One Mero Tech Center, Suite 20
Brooklyn, NY 11201

Tu Kang Yang & Wing Fung Chau
c/o Rina Miles
210 Canal Street, #502
New York, NY 10013