■ ■ ■

## SILVERMAN SHIN BYRNE & GILCHREST PLLC

| California | 381 PARK AVENUE SOUTH | New Jersey |
|---|---|---|
| 500 South Grand Ave., Suite 1900 | 16TH FLOOR | 19 Engle Street |
| Los Angeles, CA 90071 | NEW YORK, NY 10016 | Tenafly, NJ 07670 |
| | 212.779.8600 | |
| | Facsimile: 212.779.8858 | |

March 18, 2015

Peter R. Silverman
Writer's Direct Dial No. 646.822.1180
E-mail: psilver@silverfirm.com
**BY: EMAIL** shl.orders@nysb.uscourts.gov
**and ECF FILING**
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom: 701
New York, NY 10004-1408

Re:    In re HS 45 John LLC, Case No. 15-10368-SHL;

Chun Peter Dong, individually and derivatively on behalf of 45 John Lofts LLC,
plaintiff, against Chaim Miller, et al, defendants.
Civil No.: 15-CV-01699

Dear Judge Lane:

We represent plaintiff Chun Peter Dong ("Dong") individually and derivatively on behalf
of 45 John Lofts LLC (the "Company") in the above-referenced action (the "Action") which was
commenced in the New York Supreme Court in January 2015, removed to the United Stated
District Court for the Southern District of New York on March 6, 2015, and transferred to United
States Bankruptcy Court on March 17, 2015.

Prior to removal, the state court (Hon. Shirley Werner Kornreich), following notice to
each of the named defendants in the action (including HS 45 John LLC, the debtor herein), and
an opportunity to be heard, issued a temporary restraining order on February 25, 2015 restraining
certain acts and conduct of the defendants.   (The debtor herein was not the subject of the
Temporary Restraining Order.)

We are attaching a copy of our March 16 letter to Judge Naomi Reice Buchwald, to
whom this Action was assigned prior to the March 17 transfer to the Bankruptcy Court.  The
letter was also filed by the Debtor as an exhibit to the adversary proceeding complaint filed by
the Debtor  on March 17, 2015 (see Docket #13 Exhibit 6). Without prejudice to all parties rights
and interest, including our client's and specifically without waiving any parties' rights, our hope
is that this Court will maintain the *status quo*, imposed by the Honorable Shirley Werner
Kornreich, in order to give all parties the opportunity to raise, brief, and be heard with respect to

410960-2

■ ■ ■

## SILVERMAN SHIN BYRNE & GILCHREST PLLC

Honorable Sean H. Lane
March 18, 2015
Page 2

the many complicated issues raised and to be raised in the removed actions, including but not limited to the removal of the reference back to the United States District Court.

We respectfully request your consideration of the emergency relief we have requested in our letter to Judge Buchwald regarding extension of the Temporary Restraining Order and/or a status conference before this Court regarding this issue prior to March 20, 2015

We appreciate the Court's courtesies with respect to this matter.

Respectfully yours,

Peter R. Silverman

PRS:rlc
Encl.

cc:    Via email jf@lawjf.com and Regular Mail
       Jeffrey Fleischmann, Esq.
       Attorney for Defendants
       Sam Sprei and Harry Miller
       65 Broadway, Ste. 842
       New York, NY 10006

       Via email maurice@mauricerosenberglaw.com and Regular Mail
       Maurice I. Rosenberg, Esq.
       Attorney for Defendants
       Quick Title Search and Abraham Teitelbaum
       580 fifth Avenue, Ste. 812
       New York, NY 10036

       Via email: knash@gwfglaw.com;  jberkowitz@gwfglaw.com and Regular Mail
       Kevin Nash, Esq.
       Jeffrey S. Berkowitz, Esq.
       Goldberg Weprin Finkel Goldstein LLP
       Attorneys for Defendant
       HS 45 John LLC
       1501 Broadway, 22nd Floor
       New York, NY 10036

410960-2