UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11

HS 45 JOHN LLC,                                              Case No. 15-10368 (SHL)

                              Debtor.
---------------------------------------------------------x

# ORDER DENYING THE MOTION FOR RELIEF
# FROM THE AUTOMATIC STAY

Upon the motion for Relief from the Automatic Stay (the "Motion") (ECF #10) filed by SDF81 45 John Street 1 LLC and SDF81 45 John Street 2 LLC (collectively, the "Lender"), and after considering the Opposition filed by the Debtor to the Lender's Motion dated March 26, 2015 (ECF #25), together with the parties' respective replies (ECF #28 and ECF #30), and based upon the record compiled at the hearing on April 1, 2015, and for all of the reasons stated by the Court in ~~making its decision and~~ *its* Bench ruling *at the hearing on April 1, 2015*, it is hereby

**ORDERED**, that the Lender's motion for relief from the automatic stay, be and the same, is hereby denied.

Dated: New York, NY
           April 6, 2015

                                                            */s/ Sean H. Lane*
                                                            United States Bankruptcy Judge