**ask** LLP | ATTORNEYS AT LAW

Edward E. Neiger, Esq.
Direct Line 212 822 3535 | Mobile 347 439 5567 | eneiger@askllp.com
151 West 46th Street, Fourth Floor | New York, NY | 10036
phone 212 267 7342 | fax 212 918 3427 | www.askllp.com

May 27, 2015

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:    *In re HS 45 John LLC*, Case No. 15-10368 (SHL)

To the Honorable Judge Lane:

This letter confirms that the hearing on the *Motion for Entry of an Order (i) Dismissing Chapter 11 Case as a Bad Faith Filing; (ii) Abstaining from Chapter 11 Case; and/or (iii) Granting Related Relief* [D.E. 20] filed on behalf of Sam Sprei and Harry Miller is adjourned to June 29, 2015, at 10:00 a.m.

Respectfully,

*[signature]*

Edward E. Neiger, Esq.