| | |
|---|---|
| KRISS & FEUERSTEIN LLP<br>Jerold C. Feuerstein, Esq. (JF9829)<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017<br>(212) 661-2900 – telephone<br>(212) 661-9397 – facsimile | Hearing Date: June 29, 2015; 10:00 a.m.<br>Objection Deadline: June 22, 2015 |

*Attorneys for SDF81 45 John Street 1 LLC*
*and SDF81 45 John Street 2 LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

HS 45 JOHN LLC,

                        Debtor.

---------------------------------------------------------x

Chapter 11

Case No. 15-10368-shl

**NOTICE OF MOTION**

Hon. Sean H. Lane
United States Bankruptcy Judge

      **PLEASE TAKE NOTICE,** that upon the Application of SDF81 45 John Street 1 LLC and SDF81 45 John Street 2 LLC (the "Secured Creditors"), interested parties in this Chapter 11 case, by and through their attorneys Kriss & Feuerstein LLP, the Secured Creditors will move this Court before the Honorable Sean H. Lane, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004, on the 29th day of June, 2015 at 10:00 a.m., or as soon thereafter as counsel can be heard for an Order pursuant to 11 U.S.C. § 362(d)(3), for relief from the automatic stay, waiving the 14 day stay imposed by FED. R. BANKR.P. 4001(a)(3) and for such further and different relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the instant Application must be made in writing and received in the Bankruptcy Clerk's Office, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York,

New York 10017, no later than *seven (7) days* prior to the hearing date set forth herein.

Dated: New York, New York
      June 1, 2015

                                              KRISS & FEUERSTEIN LLP
                                              *Attorneys for SDF81 45 John Street 1 LLC*
                                              *and SDF81 45 John Street 2 LLC*

                        By:    *s/ Jerold C. Feuerstein*
                               Jerold C. Feuerstein, Esq. (JF9829)
                               360 Lexington Avenue, Suite 1200
                               New York, New York 10017
                               (212) 661-2900 – telephone
                               (212) 661-9397 – facsimile

To:

| | |
|---|---|
| HS 45 John LLC<br>*Debtor*<br>45 John Street<br>New York, NY 10038 | Kevin J. Nash, Esq.<br>*Attorney for Debtor*<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway, 22nd Floor<br>New York, NY 10036 |
| United States Trustee<br>*U.S. Trustee*<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | 45 John Lofts LLC<br>236 East 57th Street, 13th Floor<br>New York, NY 10022 |
| Alan Rosenberg<br>23-04 Jerome Avenue<br>Bronx, NY 10468 | 45 John Lofts LLC<br>1324 46th Street<br>Brooklyn, NY 11219 |
| Consolidated Edison Company<br>4 Irving Place, Room 1875-S<br>Attn: Bankruptcy Group<br>New York, NY 10003 | Eastern Consolidated<br>355 Lexington Avenue<br>New York, NY 10017 |
| I Dachs & Son<br>1245 W. Broadway<br>P.O. Box 338<br>Hewlett, NY 11557 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101 |

| | |
|---|---|
| Li Lan Wu, Aiyun Chen and Win<br>c/o Kevin K. Tung, Esq.<br>136-20 38th Avenue, Suite 3D<br>Flushing, NY 11354 | Meridian Capital Inc.<br>One Battery Park Plaza<br>New York, NY 10004 |
| Mordy and Pinky Sohn<br>P.O. Box 541168<br>Flushing, NY 11354 | NYS Dept. of Taxation<br>Bankruptcy/Special Procedure<br>P.O. Box 5300<br>Albany, NY 12205 |
| New York City Department of Finance<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY 11201 | Orin Management Corp.<br>37-04 Parsons Avenue<br>Flushing, NY 11354 |
| Reliable Abstract Co., LLC<br>266 Broadway, Suite 304<br>New York, NY 10007 | Reliable Abstract Co., LLC<br>c/o The McShapiro Law Group<br>One Mero Tech Center, Suite 20<br>Brooklyn, NY 11201 |
| Tu Kang Yang & Wing Fung Chau<br>86-22 Broadway, 2nd Floor<br>Elmhurst, NY 11373 | Tu Kang Yang & Wing Fung Chau<br>c/o Rina Miles<br>210 Canal Street, #502<br>New York, NY 10013 |
| Yisroel S. Schwartz, Esq.<br>Blaivas & Associates, P.C.<br>1430 Broadway, Suite 1603<br>New York, NY 10018 | |