ASK LLP
151 West 46th Street, 4th Floor
New York, New York 10036
Tel.: (212) 267-7342
Fax.: (212) 918-3427
Edward E. Neiger, Esq.
Dina Gielchinsky, Esq.

*Counsel to Sam Sprei and Harry Miller*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HS 45 JOHN LLC,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 15-10368 (SHL) |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF AN ORDER (I)
DISMISSING CHAPTER 11 CASE AS A BAD FAITH FILING; (II) ABSTAINING
FROM CHAPTER 11 CASE; AND/OR (III) GRANTING RELATED RELIEF [D.E. 20]**

Messrs. Sam Sprei and Harry Miller, by and through their counsel, ASK LLP, hereby withdraw their *Motion for Entry of an Order (i) Dismissing Chapter 11 Case as a Bad Faith Filing; (ii) Abstaining from Chapter 11 Case; and/or (iii) Granting Related Relief*, D.E. 20.

Dated: New York, New York
       June 23 2015

                                                            **ASK LLP**

                                                    By: /s/ Edward E. Neiger
                                                        Edward E. Neiger, Esq.
                                                        Dina Gielchinsky, Esq.
                                                        151 West 46th Street, 4th Floor
                                                        New York, New York 10036
                                                        Tel.: (212) 267-7342
                                                        Fax:  (212) 918-3427

                                                    *Counsel to Sam Sprei and Harry Miller*