UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                  Chapter 11

HS 45 JOHN LLC,                                              Case No. 15-10368 (SHL)

                                    Debtor.
------------------------------------------------------------x

## NINTH POST-CONFIRMATION DISBURSEMENT REPORT

HS 45 John LLC (the "Debtor"), by its counsel, Goldberg Weprin Finkel Goldstein LLP, hereby submits this Ninth Report of post-confirmation receipts and disbursements:

1. The Debtor's Chapter 11 Plan of Reorganization dated November 10, 2015 (ECF #158), as supplemented on December 3, 2015 (ECF #170) and December 4, 2015 (ECF #174) (collectively, the "Plan") was approved pursuant to Confirmation Order dated December 22, 2015 (ECF #184).

2. The Debtor's property has been sold as provided in the Plan, all monies due to the Debtor under the global settlement incorporated into the Plan have collected and all allowed claims have been paid.

3. During the Second Quarter of 2018, the Debtor paid quarterly fees in the amount of $325 pursuant to 28 U.S.C. Section 1920. Upon information and belief, quarterly fees have been paid through the First Quarter of 2018. The Debtor made no other disbursement during the Second Quarter of 2018.

4. There is still one adversary proceeding pending (16-01180), relating to the cell tower lease. Once this adversary proceeding is resolved, the Debtor will move for the entry of a final decree.

Dated: New York, NY
      July 18, 2018

                                                /s/ J. Ted Donovan